**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHAEL ANTHONY HORNE,

  Plaintiff,

v.                                               Case No. 8:08-CV-1474-T-30MAP

UNITED STATES OF AMERICA, et al.

  Defendants.
_____/

## ORDER

Before the Court is Plaintiff's "Federal Complaint or Other Appropriate Remedy" (hereinafter "complaint"). Following a *sua sponte* review, the Court construes Plaintiff's complaint as a motion for relief from the judgment entered in *Horne v. United States*, 8:08-CV-557-T-30TGW.

ACCORDINGLY, the Court **ORDERS** that the Clerk of the Court shall docket Plaintiff's complaint (Dkt. 1) as a motion for relief from judgment in *Horne v. United States*, 8:08-CV-557-T-30TGW, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 22, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copies to:
Plaintiff *pro se*